UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donzell Demetrius Haggins,	Civil 05-2560 JNE/FLN

    Plaintiff,

v.	O R D E R

Warden Lynn Dingle, et al.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 30, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice.


DATED: March 2, 2006.           s/ Joan N. Ericksen
at Minneapolis, Minnesota      JUDGE JOAN N. ERICKSEN
                                       United States District Court